UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEVERLY ALKOW, et al,                    CASE NO: 07-2285 (GBD)

     Plaintiffs,
vs

LOUIS J. PEARLMAN, et al.,

     Defendant.

_____/

**DEFENDANT FIFTH THIRD BANK'S MEMORANDUM
OF LAW IN OPPOSITION TO MOTION FOR MISCELLANEOUS
RELIEF BY PLAINTIFFS DATED OCTOBER 2, 2007**

     Defendant, Fifth Third Bank, opposes Plaintiffs' Motion for Miscellaneous Relief dated October 2, 2007.  In Plaintiffs' Motion, Memorandum and the Declaration filed on October 2, 2007, apparently counsel for Plaintiffs overlooked and/or forgot that on August 23, 2007, this Court granted Defendant, Fifth Third Bank, an unopposed enlargement of time until 20 days after this Court's decision on whether to bifurcate the venue issues raised by the State of Florida Defendants to file its response to Plaintiffs' Complaint.  A copy of this Court's "so ordered" letter is attached hereto as Exhibit A.  This Court announced at the hearing on August 28, 2007, that it would not bifurcate the hearing on the State of Florida's motions.  Therefore, Fifth Third's response became due 20 days after that date, September 17, 2007.  On September 17, 2007, the Motion to Dismiss was filed but apparently misfiled and therefore refiled, at the request of the Clerk, on September 18, 2007.  Mr. Fagan's response was thus due on October 1, 2007.

     Rather than respond on October 1 or contact counsel and seek an extension, Plaintiffs, through Fagan, filed their Motion for Miscellaneous Relief, misstating the facts regarding the timing of Defendant Fifth Third's Motion to Dismiss and accusing Fifth Third of improper

{TP329762;1}

motives and procedural improprieties. Further, Plaintiffs have made no attempt to respond to Defendant Fifth Third's Motion to Dismiss, now fully 32 calendar days after it was filed.

Thus, while Fifth Third has no objection to a brief extension, it objects to the open-ended relief apparently sought by Plaintiffs and asks this Court to order Plaintiffs to respond within some reasonable number of business days (perhaps 5) as they have had the motion for over a month.

Respectfully submitted,

/s/ Margaret D. Mathews
Margaret D. Mathews
Florida Bar No: 348430
AKERMAN SENTERFITT
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837
Attorneys for Fifth Third Bank

**Certificate of Service**

I HEREBY CERTIFY that I filed a true and correct copy of the foregoing with the CM/ECF system which will send a notice of electronic filing to:

Edward D. Fagan
Five Penn Plaza, 23rd Floor
New York, NY  10001
email:  faganlawintl@aim.com

Robert J. Hantman
Hantman & Associates
1414 Avenue of the Americas, Suite 406
New York, NY  10019
hantmanrj@aol.com

{TP329762;1}

Gregory T. Stewart
Harry F. Chiles
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, FL 32308
hchiles@ngnlaw.com
gstewart@ngnlaw.com

Michael G. Zarocostas
Robert A. O'Hare, Jr.
O'Hare Parnagian LLP
82 Wall Street, Suite 300
New York, NY 10005
mzarocostas@ohareparnagian.com
rohare@ohareparnagian.com

Patrick L. Robson
Shawn Patrick Regan
Hunton & Williams, LLP (NYC)
200 Park Avenue, 43rd Floor
New York, NY 10166
probson@hunton.com
sregan@hunton.com

Sheila E. Carson
Susan McNamara
J.P. Morgan Chase Legal Department
1 Chase Manhattan Plaza, 26th Floor
New York, NY 10081
susan.mcnamara@chase.com

David Loren Barrack
Fulbright & Jaworski, LLP
666 Fifth Avenue, 30th Floor
New York, NY 10103
dbarrack@fulbright.com

Robert B. Rubin
Burr & Rubin, LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
brubin@burr.com

Sharon L. Rusnak
Reed Smith
435 Sixth Avenue
Pittsburgh, PA  15219
srusnak@reedsmith.com

this  <u>19th</u> day of October, 2007.

                              <u>/s/ Margaret D. Mathews</u>
                              Attorney

{TP329762;1}